# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LORINDA BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **8:10-cv-00028-LSC -FG3** |
| | ) | |
| **J J KAT, INC., a Nebraska corporation,** | ) | **ORDER** |
| **dba Brewsky's Food and Spirits,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to Fed. R. Civ. P. 15 and NECivR 15.1, and upon the representation that the motion is unopposed,

**IT IS ORDERED** that plaintiff's Motion for Leave to File Amended Complaint (Doc. 24) is granted, as follows:

1.  Plaintiff shall file the Amended Complaint as a separate document in accordance with NECivR 15.1 and shall serve it on all defendants no later than **August 31, 2010.**

2.  All adverse parties shall respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a), or Fed. R. Civ. P. 12, whichever is applicable.

**DATED July 30, 2010.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**