# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LORINDA BROWN,** | CASE NO. 8:10CV28 |
| **Plaintiff,** | |
| v. | |
| | **AMENDED ORDER AND** |
| **J J KAT, INC., a Nebraska corporation, d/b/a Brewsky's Food and Spirits, and PERKINS DELAWARE, LLC, a foreign limited liability company,** | **FINAL JUDGMENT** |
| **Defendants.** | |

This matter is before the Court on the parties' Joint Stipulations for Dismissal with Prejudice (Filing Nos. 47 and 49). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulations for Dismissal with Prejudice (Filing Nos. 47 and 49) is approved;

2. This action is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

Dated this 2nd day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge